IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARTHUR D. WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 16-1368 |
| ) | |
| TONY CHILDRESS, WILLIAM COX, ) | |
| STEWART INMAN, DR. RAKESTRAW, ) | Judge Sara Darrow |
| JAMES PULLIAM, and LIVINGSTON ) | |
| COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT MOTION FOR
SANCTIONS PURSUANT TO F. R. C. P. 37**

NOW COME Defendants TONY CHILDRESS, STEWART INMAN, and WILLIAM COX by and through their attorneys MICHAEL D. BERSANI and TARA M. GRIMM of HERVAS, CONDON & BERSANI, P.C. and Defendants GREGORY L. RAKESTRAW, D.O., and JAMES A. PULLIAM, LPN, by and through their attorneys QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULLO, and for their Joint Motion for Sanctions Pursuant to Fed. R. Civ. P. 137, state as follows:

1.  Plaintiff filed his Complaint (d/e 1) on September 30, 2016, for money damages pursuant to 42 U.S.C. § 1983 alleging that Defendants violated his Fourteenth Amendment rights of the United States Constitution by acting deliberately indifferent to his serious medical needs.

2.  On June 23, 2017, this Honorable Court entered a Scheduling Order (d/e 35) directing Plaintiff to provide Defendants with his initial disclosures within 30 days (July 23, 2017).

3. On July 28, 2017, counsel for Defendants sent a letter to Plaintiff reminding him that his initial disclosures were overdue and requesting compliance within the next seven days. (A copy of the July 28, 2017, letter is attached as Exhibit 1.)

4. On August 17, 2017, Defendants Rakestraw and Pulliam filed their Motion to Compel Plaintiff to Provide Initial Disclosures (d/e 38). Plaintiff was ordered to respond on or before August 31, 2017.

5. Plaintiff failed to respond to Defendants' Motion to Compel.

6. On October 3, 2017, Defendants filed a Joint Motion to Dismiss for Want of Prosecution (d/e 41) based upon Plaintiff's continuing failure to comply with this Honorable Court's Scheduling Order and the Federal Rules of Civil Procedure.

7. On October 6, 2017, this Honorable Court entered a text Order: (1) granting Defendants' Motion to Compel and ordering Plaintiff to provide Defendants with his initial disclosure on or before November 6, 2017; and (2) denying Defendants' Motion Dismiss for Want of Prosecution and stating that if Plaintiff fails to comply with this Order, the Court will consider any sanction available under Rule 37 of the Federal Rules of Civil Procedure, including dismissal, upon a properly raised motion.

8. Federal Rules of Civil Procedure 37(b)(2)(a)(v) states in pertinent part that if a party fails to obey an order to provide discovery, the Court may further issue just orders, including dismissal of the action in its entirety. Fed. R. Civ. P. 37(b)(2)(a)(v). *See Crossley v. City of Hammond,* 2014 U.S. Dist. LEXIS 62569, *8 (N.D. Ind. 2014) where the court dismissed Plaintiff's Section 1983 action due to his failure to provide defendants with his initial disclosures after being ordered by the court to do so in response to defendants' motion to compel.

9. To date, Plaintiff has failed to comply with this Honorable Court's Order and has not provided his initial disclosures to Defendants.

10. Plaintiff's failure to provide Defendants with his initial disclosures has effectively placed Defendants in litigational limbo preventing this case from moving forward and has caused this Court to expend valuable time and limited resources in addressing his failures.

11. Due to Plaintiff's incarceration, Defendants have been unable to engage in a good-faith conference with Plaintiff in order to obtain his initial disclosures, which he repeatedly fails to provide.

WHEREFORE, the Defendants, TONY CHILDRESS, WILLIAM COX, STEWART INMAN, GREGORY RAKESTRAW, D.O., and JAMES A. PULLIAM, LPN, respectfully request that this Honorable Court enter an Order dismissing Plaintiff's case with prejudice, that Defendants be awarded attorneys' fees and costs, and for such other relief this Court deems just and proper.

Respectfully submitted,

**s/ MICHAEL D. BERSANI**
MICHAEL D. BERSANI, ARDC No. 06200897
TARA M. GRIMM, ARDC No. 06291356
*Attorneys for Defendants Tony Childress, William Cox, and Stewart Inman*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Rd., Ste. 195
Itasca, IL  60143 Ph.: (630)773-4774  Fax: (630)773-4851
mbersani@hcbattorneys.com
tgrimm@hcbattorneys.com

**s/ PETER R. JENNETTEN**
PETER R. JENNETTEN, ARDC No. 6237377
*Attorney for Gregory L. Rakestraw, D.O. and James A. Pulliam, LPN*
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602 Ph.: (309) 674-1133 Fax: (309) 674-6503
pjennetten@uinnjohnston.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ARTHUR D. WHEELER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 16-1368 |
| vs. | ) | |
| | ) | |
| TONY CHILDRESS, WILLIAM COX, | ) | Judge Sara Darrow |
| STEWART INMAN, DR. RAKESTRAW, | ) | |
| JAMES PULLIAM, and LIVINGSTON | ) | |
| COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **November 27, 2017**, I electronically filed the foregoing ***Defendants' Joint Motion for Sanctions Pursuant to Fed. R. Civ. P. 37*** with the Clerk of the District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, which will send notification to the CM/ECF participants; and I hereby certify that I have mailed with the United States Postal Service the aforementioned documents to the following non-CM/ECF participant by U.S. Certified Mail:

TO:  Arthur D Wheeler #20115-026           Peter R. Jennetten
      Butner Medium Federal Correctional Institution   Quinn, Johnston, Henderson,
      Inmate Mail/Parcels                    Pretorius & Cerulo
      P.O. Box 1000                          227 N.E. Jefferson Ave.
      Butner, NC  27509                      Peoria, IL  61602

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on **November 27, 2017**, with the proper postage prepaid.

s/ MICHAEL D. BERSANI
MICHAEL D. BERSANI, ARDC No. 06200897
TARA M. GRIMM, ARDC No. 06291356
*Attorneys for Defendants Tony Childress, William Cox, and Stewart Inman*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mbersani@hcbattorneys.com
tgrimm@hcbattorneys.com

4